UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

JEFFREY TOBIS,

                   Plaintiff,

-against-                                 07 CIV 7741 (KMK)(JCF)

THE CITY OF NEW YORK, *et al.*,

                   Defendants.

------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Raju Sundaran hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
         October 3, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *For Defendant The City of New York*

                              By: _____
                                        Raju Sundaran (RS 8011)
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division
                                        100 Church Street, Room 3-310
                                        New York, New York 10007
                                        Tel: 212.788.0467
                                        Fax: 212.788.9776

cc: All Parties (by ECF)