AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

JEFFREY TOBIS

## SUMMONS IN A CIVIL ACTION

V.
THE CITY OF NEW YORK et al.

CASE NUMBER: **07 CIV** 7 7 4 1 (KMK)(JCF)

TO: (Name and address of Defendant)

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan Moore, Esq.
Clare Norins, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 3 0 2007

CLERK

(By) DEPUTY CLERK

DATE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
JEFFREY TOBIS,                          x
                                        x        SUMMONS RIDER
                          Plaintiff,    x
                                        x        07-CV- 7741
                      -against-         x
                                        x        ECF Case
THE CITY OF NEW YORK, et al.,           x
                          Defendants    x
--------------------------------------------------------x

The names and addresses of defendants are as follows:

The City of New York
New York City Law Department
100 Church Street
New York, New York 10007

Mayor Michael Bloomberg
New York City Law Department
100 Church Street
New York, New York 10007

Police Commissioner Raymond Kelly
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Deputy Commissioner for Intelligence David Cohen
1 Police Plaza. Room 1108
New York, New York 10038

Deputy Commissioner Stephen Hammerman
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Assistant Deputy Commissioner Thomas Doepfner
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

POLICE DEPARTMENT
CITY OF NEW YORK
2007 SEP 21  D 4: 31

1

Special Counsel Ruby Marin-Jordan
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Chief Joseph Esposito
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Commander Thomas Graham
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Deputy Chief John J. Colgan
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Assistant Chief Jack McManus
1 Police Plaza
New York, New York 10038

Inspector James Essig
44th Precinct
2 East 169th Street
Bronx, New York 10452

Inspector Gerald Dieckmann
25 Central Avenue
Brooklyn, New York 11206

Inspector James Galati
One Police Plaza
New York, New York 10038

Police Officer Shawn Allen
Specialized Training
235 E. 20th Street
New York, New York 10003

John Does 1-10 and Richard Roes 1-10
New York City Law Department
100 Church Street
New York, New York 10007


Dated:        August 30, 2007
              New York, New York


JONATHAN C. MOORE (JM 6902)
CLARE NORINS (CN 2821)

**Beldock Levine & Hoffman LLP**
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400


*Attorneys for the Plaintiff*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JEFFREY TOBIS                                          **AFFIDAVIT OF SERVICE**

                              Plaintiff,

                                                      Index No. 07 Civ. 7741 (KMK)(JCF)

        -against-

THE CITY OF NEW YORK, et al.

                              Defendants.
--------------------------------------------------------X

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

JULIE RUSSELL, being duly sworn, deposes and says:
        I am not a party to this action, I am over 18 years of age, and reside in Brooklyn,
New York.

        On September 21, 2007, at about 4:53 p.m., I served on defendant THE CITY OF
NEW YORK, a domestic corporation, a copy of the SUMMONS AND COMPLAINT in
this action, as well as a copy of:

        1.      Individual Practices of USDJ Kenneth M. Karas;
        2.      Individual Practices of USDJ James C. Francis;
        3.      USDC/SDNY Instructions for Filing an Electronic Case or Appeal;
        4.      USDC/SDNY Procedures for Electronic Case Filing;
        5.      USDC/SDNY Guidelines for Electronic Case Filing

by personally delivering a true copy of each to Madelyn Santana on the 4th floor of the
New York City Law Department, 100 Church Street, New York, New York 10007, who
is authorized to accept service on behalf of the City of New York.

                                                      JULIE RUSSELL

Sworn to before me this
26TH day of September, 2007

NOTARY PUBLIC

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JEFFREY TOBIS                                          **AFFIDAVIT OF SERVICE**

                          Plaintiff,

                                                       Index No. 07 Civ. 7741 (KMK)(JCF)

          -against-

THE CITY OF NEW YORK, et al.

                          Defendants.
--------------------------------------------------------X

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK     )

JULIE RUSSELL, being duly sworn, deposes and says:
          I am not a party to this action, I am over 18 years of age, and reside in Brooklyn,
New York.

          On September 21, 2007, at about 4:53 p.m., I served on defendant MICHAEL
BLOOMBERG, the Mayor of New York City, a copy of the SUMMONS AND
COMPLAINT in this action, as well as a copy of:

          1.    Individual Practices of USDJ Kenneth M. Karas;
          2.    Individual Practices of USDJ James C. Francis;
          3.    USDC/SDNY Instructions for Filing an Electronic Case or Appeal;
          4.    USDC/SDNY Procedures for Electronic Case Filing;
          5.    USDC/SDNY Guidelines for Electronic Case Filing

by personally delivering a true copy of each to Madelyn Santana on the 4th floor of the
New York City Law Department, 100 Church Street, New York, New York 10007, who
is authorized to accept service on behalf of the City of New York.

                                              JULIE RUSSELL

Sworn to before me this
26TH day of September, 2007

NOTARY PUBLIC

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09