UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



*Jeffrey Tobis*

                *Plaintiff,*

-V-

*The City of New York, et al.,*

                *Defendants.*

Case No. 07-CV-7741 (RJS)

ORDER OF REFERRAL
RNC Case

RICHARD J. SULLIVAN, District Judge:

The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

Dated: October 9, 2007
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE