UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

*Jeffrey Tobis*

    *Plaintiff.*

-V-

*The City of New York, et al.,*

    *Defendants.*

Case No. 07-CV-7741 (RJS)

ORDER OF REFERRAL
RNC Case

<u>RICHARD J. SULLIVAN, District Judge:</u>

The above entitled action is hereby referred to Magistrate Judge James C. Francis for the following purpose(s):

| | | | |
|---|---|---|---|
| __x__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ All such motions: _____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
         October __9__, 2007

Richard J. Sullivan
United States District Judge