# MEMO ENDORSED

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

RAJU SUNDARAN
*Assistant Corporation Counsel*
Telephone: 212-788-0467
Facsimile: 212-788-9776
rsundara@law.nyc.gov

## TIME SENSITIVE APPLICATION

October 19, 2007

**BY FACSIMILE (212) 805-7930**

The Honorable James C. Francis IV
United States Magistrate Judge
United States District Courthouse
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

04 CIV 7922 (RJS) (JCF)
LEAD CASE —
DOCKET IN ALL RNC
CASES.

Re:  **RNC Consolidated Cases**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

Dear Judge Francis:

On Tuesday, October 23, 2007, defendants will file their consolidated brief in opposition to plaintiffs' motions and memorandums of law in support for leave to amend their complaints. Defendants write to Your Honor to request permission to file a 50 page memorandum of law in opposition.

Between August 24, 2007 and August 31, 2007, defendants were served with approximately 12 separate motions to amend, together with approximately 9 separate memorandums of law and 37 proposed amended complaints. In the interest of judicial economy, defendants have consolidated the approximately 12 separate plaintiffs' motions to amend into one omnibus opposition motion. Your Honor's individual practice limits each memorandum of law in support of or in opposition to up to 25 pages. As defendants' memorandum of law in opposition will address the various issues raised in plaintiffs' motions and memorandums, defendants would have been entitled to a far larger page limitation.

Defendants, therefore, respectfully submit that a 50 page memoranda of law is both fair and warranted. Accordingly, defendants respectfully request permission to file a 50 page memorandum of law in opposition.

Respectfully submitted,

*/s/ Raju Sundaran*

Raju Sundaran (RS 8011)

cc: RNC Distribution List (By Email)

10/22/07

Application granted upon the representation that the proposed motions present varying issues and arguments.

SO ORDERED.

James C. Francis IV
USMJ

2