```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
MICHAEL SCHILLER, et al.,              :    04 Civ. 7922 (KMK) (JCF)
                                       :
                 Plaintiffs,           :
                                       :    (Docket and file in
        - against -                    :     all related cases)
                                       :
THE CITY OF NEW YORK, et al.,          :
                                       :
                 Defendants.           :
- - - - - - - - - - - - - - - - - - - -:
HACER DINLER, et al.,                  :    04 Civ. 7921 (KMK) (JCF)
                                       :
                 Plaintiffs,           :
                                       :
        - against -                    :
                                       :        ORDER
THE CITY OF NEW YORK, et al.,          :
                                       :
                 Defendants.           :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on November 26, 2007, it is hereby ORDERED as follows:

1. Any motion relating to a party deposition shall be submitted by January 15, 2008.

2. Notices of deposition for any non-party witnesses identified as a result of party depositions shall be served by January 15, 2008.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       November 26, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07