


**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JAMES MIRRO<br>*Special Assistant Corporation Counsel*<br>phone (212) 788-8026  fax (212) 788-9776 |

February 4, 2008

*[handwritten:] LEAD CASE 04CIV7922 DOCKET IN ALL RELATED CASES*

<u>BY FAX</u>

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

Re: <u><b>RNC Consolidated Cases</b></u>

Dear Judge Francis:

      On January 23, 2008, Your Honor entered an order granting in part and denying in part the plaintiffs' motions to amend their complaints in approximately 37 RNC cases (the "Order"). Pursuant to that Order, defendants have been served with some amended complaints already. At the same time, defendants have advised the Court that they intend to appeal the Order and have requested that Judge Sullivan approve a briefing schedule (see Attached Correspondence). Plaintiffs also have reserved their right to seek relief from the Order. Accordingly, defendants now request that the Court adjourn the defendants' time to answer the amended complaints until twenty (20) days after Judge Sullivan's order on any appeal of the Order. If this meets with Your Honor's approval, would you please "so order" it? Thank you.

Very truly yours,<br><br>James Mirro

cc:    RNC Distribution List (by email)

*[handwritten endorsement, dated 2/14/08:] Application granted only with respect to any case in which the amended complaint actually raises issues that are the subject of objections presented to Judge Sullivan. SO ORDERED. James C. Francis IV USMJ*