

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JAMES MIRRO
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

February 19, 2008

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

LEAD CASE 04 CIV 7422
DOCKET IN ALL RNC CASES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

Re: **_RNC Consolidated Cases_**

Dear Judge Francis:

On February 14, 2008, Your Honor entered an order adjourning the defendants' time to answer "with respect to any case in which the amended complaint actually raises issues that are the subject of objections presented to Judge Sullivan." With respect to such complaints, Your Honor has permitted defendants "until twenty (20) days after Judge Sullivan's order on any appeal of the Order." As defendants noted in their letter to the Court dated February 4, 2008, plaintiffs also have reserved their right to seek relief from Your Honor's order. As a result, defendants will not be in a position to know whether any particular amended complaint will be subject to objections until February 25, 2008 (the date now set for any appeal). Accordingly, defendants now request that the Court permit defendants twenty (20) days (until March 17, 2008) in which to serve answers to any amended complaints as to which no objections are filed. If this meets with Your Honor's approval, would you please "so order" it? Thank you.

Very truly yours,

James Mirro

cc:   RNC Distribution List (by email)

2/20/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ