**THIS ORDER IS TO BE DOCKETED & FILED IN ALL RNC CASES**

UNITED STATES DISTRICT COURT (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MICHAEL SCHILLER, et al.,            : 04 Civ. 7922 (RJS) (JCF)
                                     : *LEAD CASE*
            Plaintiffs,              :
                                     :
    - against -                      :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
HACER DINLER, et al.,                : 04 Civ. 7921 (RJS) (JCF)
                                     :
            Plaintiffs,              : O R D E R
                                     :
    - against -                      :
                                     :
THE CITY OF NEW YORK, et al.,        :
                                     :
            Defendants.              :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:* _____
*DATE FILED:* 3/19/08

    Defendants having requested by letter dated February 13, 2008 an order requiring plaintiffs in all RNC cases to identify those non-party witnesses they expect to call at trial, it is hereby ORDERED as follows:

    1. By March 31, 2008, counsel for all parties shall identify all non-party fact witnesses that they reasonably expect to testify at trial on behalf of their respective clients.

    2. Absent exceptional circumstances, depositions of fact witnesses are concluded in all RNC cases, consistent with the case management orders. While some of the case management orders were extended de facto by the master deposition scheduling order, there was no basis for assuming that they had been abandoned altogether.

This Order does not preclude depositions necessitated by Judge Sullivan's determination of issues now pending before him.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 19, 2008

Copies mailed this date:

All Plaintiff's Counsel

Gerald S. Smith, Esq.
Senior Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007